UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                  :
ALMA DIANE GRAY,                                  :   03 CV 5364 (ARR)
                                                  :
                     Plaintiff,                   :   NOT FOR ELECTRONIC
                                                  :   OR PRINT
    -against-                                     :   PUBLICATION
                                                  :
MICHAEL CHERTOFF,                                 :   ORDER
                                                  :
                     Defendant.                   :
------------------------------------------------------------------ X
ROSS, United States District Judge:

On October 7, 2005, counsel for the defendant filed a letter with the court, requesting a pre-motion conference to discuss defendant's intention to file a motion for summary judgment or, in the alternative, an order setting a briefing schedule for defendant's motion. As per this court's individual motion practices, all non-moving parties must file a letter in response within seven (7) days from service of the notification letter. As of today, no responses have been filed. The court notes that it has contacted plaintiff's counsel by phone on two occasions to notify her that she is required to reply to defendant's letter. Plaintiff's counsel, however, has been entirely unresponsive. Thus, the court orders defendant to submit a proposed briefing schedule for his motion for summary judgment within ten (10) days of this order.

SO ORDERED.

                                                        Allyne R. Ross
                                                      United States District Judge

Dated: December 2, 2005
       Brooklyn, New York

SERVICE LIST:

Counsel for Plaintiff
Pamela Denise Hayes
501 Fifth Avenue, Suite 2202
New York, NY 10017

Counsel for Defendant
Denise McGinn
United States Attorneys Office, EDNY
Central Islip Courthouse
610 Federal Plaza
Central Islip, NY 11722